JUNE 9, 1958.

No. 479, Misc. CAGLE v. UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General White* and *Harold H. Greene* for the United States.

No. 640, Misc. GLANCY v. HEINZE, WARDEN; and
No. 686, Misc. DUNNE v. WASHINGTON ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 753, Misc. COURTNEY v. HEINZE, WARDEN;
No. 759, Misc. PALMER v. ROGERS, ATTORNEY GENERAL, ET AL.;
No. 761, Misc. KIRBY v. MARYLAND ET AL.;
No. 769, Misc. FANTER v. UNITED STATES;
No. 777, Misc. CRABTREE v. UNITED STATES; and
No. 791, Misc. BILDERBACK v. WILKINSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.